# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELFRICH, 17 NAMED OTHERS, AND ALL OTHERS SO SITUATE, AS A CLASS,<br><br>   Plaintiffs,<br><br> v.<br><br>THE NEVADA BAR, ATTORNEY GENERAL OF NEVADA, NYE COUNTY DISTRICT ATTORNEY BRIAN KUNZI, AND ALL NYE CO. DEPUTY D.A.S, PUBLIC DEFENDER'S OFFICE OF NYE COUNTY, HAROLD KEUHN, ESQ., THOMAS GIBSON, ESQ., JASON EARNEST, ESQ., JUSTICE TINA BRISEBILL, JUSTICE JASPERSON, NYE COUNTY DISTRICT JUDGE ROBERT LANE, NYE COUNTY DISTRICT JUDGE KIMBERLY WANKER, Director Of I.C.E., A federal Agency, & All other Officials having duty and jurisdiction over subjects, NYE COUNTY SHERIFF ANTHONY DEMEO<br><br>   Defendants. | Case No.: 2:12-cv-01399-LRH-PAL |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint shall remain unsealed and served upon the defendants by the relator, to the extent that the court allows the action to proceed;

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

3. The parties shall serve all Notices of Appeal upon the United States;

4. All orders of this Court shall be sent to the United States; and that

5. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED this 18th day of October, 2012.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE