UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| PETER J. HELFRICH, *et al.*, | ) | |
| Plaintiffs, | ) | 2:12-CV-01399-LRH-PAL |
| v. | ) | |
| NEVADA BAR, *et al.*, | ) | O R D E R |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Peggy A. Leen (#3) entered on September 26, 2012, in which the Magistrate Judge recommends that the Plaintiff's Application to Proceed *in Forma Pauperis* (#1) be denied.  No objection has been filed.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#3); therefore, Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is DENIED.

IT IS SO ORDERED.

DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE