# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER J. HELFRICH, et al., | ) | |
| Plaintiffs, | ) | 2:12-cv-01399-APG-PAL |
| v. | ) | |
| NEVADA BAR, et al., | ) | **ORDER** |
| Defendants. | ) | |

On January 22, 2013, the Magistrate Judge entered a Report and Recommendation (#14) recommending that the applications to proceed in forma pauperis (##5, 12, 13) be stricken and the case be dismissed without prejudice. No objections were timely filed.

On August 8, 2012, Plaintiff Peter J. Helfrich filed an Application to Proceed In Forma Pauperis (#1). On November 29, 2012, the Court entered its Order (#9) adopting a previous Report and Recommendation (#3) recommending that the Application (#1) be denied. No objections were timely filed to the previous Report and Recommendation (#3). However, between the date of the first Report and Recommendation (#3) and the Order (#9) adopting it, an Amended Complaint (#4) was filed without permission and without payment of the filing fee; thus, it is a rogue document.

Moreover, on the same day the Court entered the Order (#9) adopting the Report and Recommendation (#3), Plaintiff filed another motion for leave to proceed in forma pauperis (#12). On January 16, 2013, an application to proceed in forma pauperis (#13) was filed by Cedric Dial. Additional applications to proceed in forma pauperis (##16, 17, 18) have been filed by other parties after the January 22, 2013 Report and Recommendation (#14) was entered.

1       On February 12, 2013, a Petition for Lengthening Time to Object, Due to Unavailability of Plaintiff (#15) was filed, purportedly on behalf of Plaintiff (although it was not signed by Plaintiff).

      Plaintiff has not paid the filing fee despite the Court previously denying the application to proceed in forma pauperis.

      **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#14) is **APPROVED AND ADOPTED**.  The Petition for Lengthening Time (#15) is denied, the applications to proceed in forma pauperis (##5, 12, 13, 16, 17, 18) and the Amended Complaint (#4) are **STRICKEN,** and the case is **DISMISSED** without prejudice.

      DATED this 26th day of April, 2013.

_____
United States District Judge

2